Certificate Number: 15317-PAW-DE-028948456

Bankruptcy Case Number: 16-24841



15317-PAW-DE-028948456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 20, 2017</u>, at <u>12:16</u> o'clock <u>PM PDT</u>, <u>Terri L Schweichler</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>March 20, 2017</u>     By:  <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>